Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 230
FAIRFIELD, NJ  07004-1550

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## CHAPTER 13

| In | KENNETH GUELL | Case No.: 05-23578-W |
| | GLORIA ANN GUELL | |
| | 114 BENTLEY AVENUE | SSN(1):  7937 |
| | OLD BRIDGE, NJ  08857 | SSN(2):  5322 |
| | DEBTOR(S) | |

## FINAL REPORT AND ACCOUNT

**Case Filed On:**
Mon, Apr 25, 2005

**Plan Confirmed On:**
Wed, Sep 28, 2005

**Case Concluded On:**
Tue, Oct 2, 2007

THIS CASE WAS DISMISSED AFTER CONFIRMATION

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

**RECEIPTS:**    Amount paid to the Trustee by or for the Debtors for the benefit of Creditors:    $29,351.00

### DISTRIBUTIONS TO CREDITORS

| NAME OF CREDITOR | CLASS | CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID | UNPAID BALANCE |
|---|---|---|---|---|---|
| **OHIO SAVINGS BANK** 0001 / 03064252 | MORTGAGE ARREARS IN DEFAULT | 23,213.61 | 23,213.61 | 0.00 | 0.00 |
| **TRIAD FINANCIAL CORP** 0002 / 400-001-2435956-0001 | SECURED | 189.96 | 189.96 | 0.00 | 0.00 |
| **MAY COMPANY** 0003 / 355317397 | UNSECURED | 907.94 | 907.94 | 0.00 | 0.00 |
| **ROUNDUP FUNDING LLC** 0004 / 5891 | UNSECURED | 2,677.49 | 2,677.49 | 0.00 | 0.00 |

### REFUNDED TO DEBTORS

| NAME OF DEBTORS | AMOUNT |
|---|---|
| **KENNETH GUELL** | $811.55 |

Case No.: 05-23578-W

## SUMMARY OF CLAIMS ALLOWED AND PAID

| TYPE OF CLAIM | SECURED | PRIORITY | UNSECURED * | TOTAL |
|---|---|---|---|---|
| **AMOUNT ALLOWED** | $23,403.57 | $0.00 | $3,585.43 | $26,989.00 |
| **PRINCIPAL PAID** | $23,403.57 | $0.00 | $3,585.43 | $26,989.00 |
| **INTEREST PAID** | $0.00 | $0.00 | $0.00 | $0.00 |

\* The amount allowed reflects the percentage due pursuant to the Plan.
  Percentage to unsecured creditors is 100.00%.

**TOTAL PAID - PRINCIPAL AND INTEREST:** **$26,989.00**

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| **ALAN G. COSNER**<br>**197 STATE HWY. 18 STE. 308**<br>**%COSNER & COSNER**<br>**EAST BRUNSWICK, NJ  08816** | $0.00 | $0.00 |

## COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| TRUSTEE'S EXPENSE & COMPENSATION FUND | COURT NOTICE FEES | TOTAL COST & EXPENSE |
|---|---|---|
| $1,550.45 | $0.00 | $1,550.45 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just Pursuant to FRBP 5009. I hereby certify the above-captioned case has been fully administered.

For: Marie-Ann Greenberg
CHAPTER 13 TRUSTEE

Dated: January 31, 2008         By:   /s/   Marie-Ann Greenberg
                                         Marie-Ann Greenberg